# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 18-20042
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 1, 2018

Lyle W. Cayce
Clerk

————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ANGEL MARIN LIMON, also known as Americo Martinez Limon,

Defendant-Appellant

————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CR-497-1

————

Before DAVIS, JONES, and DUNCAN, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Angel Marin Limon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Limon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.

We note, however, that there is a clerical error in the written judgment. Although no term of supervised release was imposed, the judgment sets forth "special conditions of supervised release."  Accordingly, we REMAND for correction of the clerical error in the written judgment in accordance with Federal Rule of Criminal Procedure 36.  *See United States v. Hernandez,* 719 F. App'x 395, (5th Cir. 2018); *United States v. Perez-Gonzalez,* 294 F. App'x 854, 855 (5th Cir. 2008).